UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALEXANDRE PINKSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>FACILITY CAPTAIN SEAN MOORE, et al.,<br><br>    Defendant(s). | Case No. CV 15-270-PA (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, Defendants' Motion to Dismiss, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss is GRANTED and Judgment shall be entered dismissing this action with prejudice and without leave to amend.

Dated: June 23, 2017

                                                                               _____<br>
                                                                               HONORABLE PERCY ANDERSON<br>
                                                                               United States District Judge