JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALEXANDRE PINKSTON, | Case No. CV 15-270-PA (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| FACILITY CAPTAIN SEAN MOORE, et al., | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice and without leave to amend.

Dated: June 23, 2017

_____
HONORABLE PERCY ANDERSON
United States District Judge